# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 14, 2011

No. 09-41019
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

v.

JOEL FRANCOIS JEAN,

Defendant–Appellant.

Appeals from the United States District Court
for the Eastern District of Texas
USDC No. 1:08-CR-101-1

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Joel Francois Jean has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Jean has filed a response. Our independent review of the record, counsel's brief, and Jean's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.